THOMAS v. STATE. (No. 4258.) (Court of Criminal Appeals of Texas. Nov. 1, 1916.)

Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge. Will Thomas was convicted of aggravated assault, and appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. In this appeal from a conviction for aggravated assault, there is no statement of facts nor bills of exceptions in the record, and nothing that can be reviewed in their absence. The judgment is affirmed.